UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MEGAN NOLLET,                                        No. C 10-02167 JCS

        Plaintiff(s),

**ORDER OF DISMISSAL**

    v.

REGIONAL ADJUSTMENT BUREAU, INC,

        Defendant(s).
_____/

The Court having been advised that the parties have agreed to a settlement of this case,

IT IS HEREBY ORDERED that this case is dismissed in its entirety with prejudice; provided, however, that if any party hereto shall certify to this Court, within sixty (60) days, with proof of service of a copy thereon to opposing counsel, that the agreed consideration for said settlement has not been delivered over, the foregoing Order shall stand vacated and this case shall forthwith be restored to the calendar to be set for trial.

IT IS SO ORDERED.

Dated: August 27, 2010

_____
JOSEPH C. SPERO
United States Magistrate Judge